ISABELLE E. BOYD, Appellant, *v.* ROBERT H. BOYD, Defendant, and BLANCHARD P. ATKINSON, Respondent.

(Submitted February 10, 1930; decided February 18, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 422.)